IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOY L. MCCANTS, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 11-00653-KD-M |
| ) | |
| FRED'S STORES OF TENNESSEE, INC., ) | |
|     Defendant. ) | |

## JUDGMENT

In conjunction with the Order issued on this date, it is hereby **ORDERED, ADJUDGED** and **DECREED** that the parties' "Joint Motion to Approve FLSA Settlement Agreement" (Doc. 17) with the settlement agreement (Doc. 17 at 6-9) – and including Plaintiff's counsel request for attorneys' fees and costs -- is **GRANTED** such that the FLSA Settlement is **APPROVED**. As such, this action is **DISMISSED WITH PREJUDICE.**

It is further **ORDERED, ADJUDGED** and **DECREED** that Plaintiff Joy L. McCants is due to be paid the sum of **$12,500.00** ($1,851.81 for unpaid wages, $1,851.81 as liquidated damages, and $8,796.38 in attorneys' fees and costs/expenses).

The Court does not retain jurisdiction to enforce the settlement agreement.

**DONE** and **ORDERED** this the **16**th day of **January 2013.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**